**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB,** *Plaintiff,* | § § § § § | |
| ***v.*** | § § | **CASE NO. 1:25-CV-539-ADA-DH** |
| **GATTIS DELOACH, ET AL.,** *Defendants.* | § § § | |

**ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 29. Judge Howell recommends that this Court **GRANT** Wilmington's motion for default judgment against the Deloaches (Dkt. 29). *Id.* at 8-9. Specifically, the report recommends that this Court issue the following judgment:

1. Wilmington is awarded a money judgment for $194,792.13, plus post-judgment interest;

2. Wilmington is granted an order or judicial foreclosure against the real property located at 103 Bluejay Cove, Hutto Texas 78634, which is legally described as: LOT 8, BLOCK "B", OF CLARKS CROSSING SECTION THREE, A SUBDIVISION IN WILLIAMSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET Q, SLIDE(S) 103-104, PLAT RECORDS OF WILLIAMSON COUNTY, TEXAS; and

3. The Court will retain jurisdiction to enforce this judgment and resolve any post-judgment matters.

The report was filed on March 12, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 29) is **ADOPTED**.

The Court hereby issues the following judgment:

1. Wilmington is awarded a money judgment for $194,792.13, plus post-judgment interest;

2. Wilmington is granted an order or judicial foreclosure against the real property located at 103 Bluejay Cove, Hutto Texas 78634, which is legally described as: LOT 8, BLOCK "B", OF CLARKS CROSSING SECTION THREE, A SUBDIVISION IN WILLIAMSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET Q, SLIDE(S) 103-104, PLAT RECORDS OF WILLIAMSON COUNTY, TEXAS; and

3. The Court will retain jurisdiction to enforce this judgment and resolve any post-judgment matters.

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 29th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE